David A. Nelson   WSB #19145            THE HONORABLE ROBERT J. BRYAN
NELSON LAW FIRM, PLLC
1516 Hudson St., Suite 204
Longview, WA 98632
Telephone:  360-425-9400
Facsimile:    360-425-1344
Attorney for Plaintiff


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA J. LUMSDEN,            )<br>                                                )<br>            Plaintiff,                       )<br>                                                )<br>    v.                                         )<br>                                                )<br>FOSTER FARMS, LLC,             )<br>                                                )<br>            Defendant.                  )  | No.  C-07-5099 RJB<br><br>ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY OF RECORD |

The motion of David A. Nelson for Leave of Court to Withdraw as Attorney of Record came on regularly for hearing.

After consideration of the pleadings in this matter and GOOD CAUSE APPEARING THEREFORE,

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that Leave of Court is hereby granted for David A. Nelson to withdraw as attorney of record.

DATED this 19th day of October, 2007.

*Robert J Bryan* (signature)
Robert J Bryan
United States District Judge

Presented by:

/s/
_____
David A. Nelson   WSB #19145