# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRENDA J. LUMSDEN                                    JUDGMENT IN A CIVIL CASE

   v.                                              CASE NUMBER:  C07-5099RJB

FOSTER FARMS, LLC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Plaintiff's request that the court continue all deadlines in the case (Dkt #31) is DENIED. Defendant's Motion for Summary Judgment (Dkt #24) is GRANTED. This case is DISMISSED WITH PREJUDICE.

    February 28, 2008                                       BRUCE RIFKIN
                                                                         Clerk


                                                                         /s/ Dara L. Kaleel
                                                                         By Dara L. Kaleel, Deputy Clerk